IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUPERIOR GEARBOX COMPANY,<br>a MISSOURI Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>HEAVY HOIST, INC., d/b/a<br>AQUA MARINE SUPPLY,<br>an Ohio Corporation<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Case No. 4:16-cv-0550<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

**CORRECTED MOTION TO DISMISS WITH PREJUDICE**

COMES NOW, Plaintiff, Superior GearBox Company, (hereinafter "SGB"), by and through its attorneys, and states that pursuant to a settlement SGB dismisses its complaint against Heavy Hoist with prejudice.

Respectfully submitted,

By:/Scott A. Smith/
Scott A. Smith, USDC. E.D. #55870
Polster, Lieder, Woodruff & Lucchesi, L.C.
12412 Powerscourt Drive
St. Louis, Missouri  63131-3615
(314)238-2400 (Telephone)
(314)238-2401 (Facsimile)

Attorneys for Plaintiff
**SUPERIOR GEARBOX COMPANY**

SO ORDERED this 4th day of November, 2016.  _____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE