AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Eastern Division of Missouri_____ on the following

☐ Trademarks or   ☒ Patents . (  ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:16-cv-00550-SPM | DATE FILED<br>4/19/2016 | U.S. DISTRICT COURT<br>Eastern Division of Missouri | |
|---|---|---|---|
| PLAINTIFF<br><br>Superior Gearbox Company | | DEFENDANT<br><br>Heavy Hoist, Inc. | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,850,147 B1 | 12/14/2010 | Superior Gearbox Company |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br><br>Stipulation of dismissal granted on 11/4/16 by District Judge<br>Stephen N. Limbaugh Jr. |
|---|

| CLERK<br>*Gregory J. Linhares* | (BY) DEPUTY CLERK<br>*Michelle Schaper* | DATE<br>11/7/16 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy